1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  CHRISTINA S. BHIRUD, ESQ.
   Nevada Bar No. 11462
3  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
4  Las Vegas, Nevada 89101
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: christina.bhirud@akerman.com

7  *Attorneys for Defendants Bank of America,*
   *N.A., BAC Home Loans Servicing, LP, sued*
8  *incorrectly as BAC Home Loan Servicing,*
   *LP, ReconTrust Company, N.A.,*
9  *MERSCORP, Inc., and Mortgage Electronic*
   *Registration Systems, Inc.*

10

11              **UNITED STATES DISTRICT COURT**

12                     **DISTRICT OF NEVADA**

13
                                          Case No.:  2:11-cv-00686-KJD-CWH
14 CHRIS DAVENPORT, an individual,

15                     Plaintiff,
                                          **ORDER CANCELING LIS PENDENS**
16 vs.

17 BANK OF AMERICA, N.A.; BAC HOME
   LOAN   SERVICING,  LP;  RECONTRUST
18 COMPANY, N.A.; MERSCORP, INC., a
   Virginia         Corporation,    MORTGAGE
19 ELECTRONIC    REGISTRATION   SYSTEMS,
   INC., a subsidiary of MERSCORP, Inc., a
20 Delaware corporation; AND DOES I individuals
   1 to 100, Inclusive; and ROES Corporations 1 to
21 30, Inclusive; and all other persons and entities
   unknown claiming any right, title, estate, lien or
22 interest in the real property described in the
   Complaint adverse to Plaintiff's ownership, or
23 any cloud upon Plaintiff's title thereto,

24                     Defendants.

25        This Court entered an order [Dkt. 27] granting Defendants Bank of America, N.A., BAC

26 Home Loans Servicing, LP, sued incorrectly as BAC Home Loan Servicing, LP, ReconTrust

27 Company, N.A., MERSCORP, Inc., and Mortgage Electronic Registration Systems, Inc.'s

28 (**Defendants**) motion to dismiss for failure to state a claim and expunge lis pendens [Dkt. 6] on

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{22615507;1}                          1

1   October 13, 2011. Judgment in favor of Defendants was also entered on October 13, 2011 [Dkt. 28].

2          Defendants request that the lis pendens plaintiff Chris Davenport recorded against the subject

3   property be canceled.

4          The Court finds that plaintiff recorded a notice of lis pendens affecting real property on

5   March 29, 2011, as Instrument Number 201103290002975, in the real property records maintained

6   by the Clark County Recorder. A copy of the lis pendens is attached hereto as **Exhibit A** and fully

7   incorporated by reference.

8          Upon consideration of Defendants' request to cancel the above-referenced lis pendens, and

9   good cause appearing therefore, the court hereby grants Defendants their requested relief and rules

10   as follows:

11         1.    It is ordered, adjudged and decreed that the above-referenced lis pendens is hereby

12   canceled, released and expunged.

13         2.    It is further ordered, adjudged and decreed that this order canceling the above-

14   referenced lis pendens has the same effect as an expungement of the original lis pendens.

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3.    It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated:  _____July14 2017_____

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendants Bank of America,
N.A., BAC Home Loans Servicing, LP, sued
incorrectly as BAC Home Loan Servicing, LP,
ReconTrust Company, N.A., MERSCORP, Inc.,
and Mortgage Electronic Registration Systems,
Inc.*

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{22615507;1}

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 7th day of November, 2011, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **[Proposed] ORDER CANCELING LIS PENDENS**, postage prepaid and addressed to:

Chris Davenport
5016 North Cimarron Road
Las Vegas, Nevada 89149

*Plaintiff in pro per*

/s/  Debbie Julien
An employee of AKERMAN SENTERFITT LLP

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{22615507;1}

4

# EXHIBIT A

# EXHIBIT A

{20628576;1}



Inst #: 201103290002975
Fees: $16.00
N/C Fee: $0.00
03/29/2011 02:30:12 PM
Receipt #: 720980
Requestor:
JUNES LEGAL SERVICES
Recorded By: SOL  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#**  125-33-306-006

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY

**Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.**

**Recording requested by:**

CHRIS DAVENPORT

**Return to:**

**Name**  CHRIS DAVENPORT

**Address**  5016 N. CIMARRON ROAD

**City/State/Zip**  NORTH LAS VEGAS, NV 89084

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
03/29/2011 11:41:37 AM

*[signature]*

CLERK OF THE COURT

1   RECORDING REQUESTED BY: Plaintiff: Chris Davenport
2   AND WHEN RECORDED MAIL TO:

3   **LISP**
    Chris Davenport
4   5016 N. Cimarron Rd.
    Las Vegas, NV 89129
5   702-218-1486
    cdltd@lvcm.com
6   PLAINTIFF: *IN PRO PER*

7   _____
    SPACE ABOVE THIS LINE FOR RECORDER'S USE
8

9                    DISTRICT COURT

10            CLARK COUNTY, NEVADA

11  CHRIS DAVENPORT  an individual,

12          Plaintiff(s)                    CASE NO.: A-11-637954-C

13              vs.

14  BANK OF AMERICA, N.A.; BAC HOME          DEPARTMENT: XV
    LOAN SERVICING,LP; RECONTRUST
15  COMPANY,N.A..; MERSCORP, INC., a
    Virginia Corporation, MORTGAGE
16  ELECTRONIC REGISTRATION SYSTEMS,         **NOTICE OF LIS PENDENS**
    INC. a subsidiary of MERSCORP, Inc., a
17  Delaware corporation; AND DOES I         **AFFECTING REAL PROPERTY**
    individuals 1 to 100, Inclusive; and ROES  NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON
18  Corporations 1 to 30, Inclusive; and all other  SERVICE OF THE PARTY REQUESTING SAME
    persons and entities unknown claiming any  WHEN ISSUED AND AGAINST THE OTHER PARTY
19  right, title, estate, lien or interest in the real  WHEN SERVED, AND SHALL REMAIN IN EFFECT
    property described in the Complaint adverse to  FROM THE TIME OF ITS ISSUANCE UNITL TRIAL
20  Plaintiff's ownership, or any cloud upon  OR UNTIL DISSOLVED OR MODIFIED BY THE
    Plaintiff's title thereto,                COURT. DISOBEDIENCE OF THIS LIS PENDENS IS
21                                            PUNISHABLE BY CONTEMPT.
22          Defendants.

23

24

25

26

27

28  _____

                NOTICE OF PENDANCY OF ACTION

                           1

**TO: ALL INTERESTED PARTIES**

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.

The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is:

        5016 N. Cimarron Rd. ,    Las Vegas, NV 89129

And of which the legal description is as follows: **APN#125-33-306-006**
**Parcel Map file 22, Page 4, Lot 03, Block XX and by Certificate of record on 2/11/2005 in Book 20050211 as Inst. No. 03047 all in the office of the County Recorder for Clark County, NEVADA.**

and which is identified in the complaint of this action.

The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:
1. Quiet Title
2. Deceptive Trade Practices
3. Wrongful Foreclosure- Set Aside Trustee Sale
4. Statutorily Defective Foreclosure- NRS 107.080
5. Conspiracy To Commit Wrongful Conversion
6. Conspiracy To Commit Conversion Related to MERS System
7. Broken Chain of Custody (promissory Note)
8. Inspection and Accounting
9. Unjust Enrichment
10. Injunctive Relief
11 Declaratory Relief
12. (Rescission) Cancel Deed of Trust

**NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM;** transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.

DATED this _____day of _____, 2011.

Plaintiff Signature(s):

_____        _____
Chris Davenport
5016 N. Cimarron Rd.
Las Vegas, NV 89129
702-218-1486
cdltd@lvcm.com       **PLAINTIFF: *IN PRO SE***

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MATTHEW KISNER
No: 06-105143-1
My Appointment Expires March 26, 2014

**ACKNOWLEDGEMENT**

Subscribed and sworn to before me this 29th day of March 2011.

Signed: _____        Seal:

NOTARY PUBLIC in and for the County of Clark, State of Nevada.

NOTICE OF PENDANCY OF ACTION

2